UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC. EMPLOYMENT PRACTICES LITIGATION<br>------------------------------------------------<br>THIS DOCUMENT RELATES TO:<br><br>*Arthur Smith, et al. v. FedEx Ground Package System, Inc.*<br><br>Cause No. 3-05-CV-600 RM (TN) | CAUSE NO. 3:05-MD-527 RM<br>(MDL-1700) |

OPINION and ORDER

      FedEx Ground has filed a motion asking the court to reconsider the portion of its March 25, 2008 order certifying a Tennessee class under Federal Rule of Civil Procedure 23(b)(2).  In support of its motion, FedEx cites to Walker v. Sunrise Pontiac-GMC Truck, Inc., 2008 WL 375257 (Tenn. Feb. 13, 2008), a case that was decided after the plaintiffs' class certification motion had been fully briefed.  The plaintiffs have not responded to FedEx's request.  For the reasons stated below, the court grants FedEx's motion to reconsider.

      The March 25 order granted the plaintiffs' motion to certify a class under the Tennessee Consumer Protection Act of 1977. However, as FedEx points out, the Tennessee Supreme Court in Walker held that the Tennessee Consumer Protection Act "does not provide for class certification of claims brought thereunder". 2008 WL 375257, *10. Federal Rule of Civil Procedure 60(b)(6) states

that the court may relieve a party from an order for any reason that justifies relief. Given the holding in Walker, relief from the its March 25 order granting the Tennessee plaintiffs' class certification is justified.

The court, therefore, GRANTS FedEx Ground's motion to reconsider (Doc. No. 1151) and DENIES plaintiffs' motion for class certification under the Tennessee Consumer Protection Act (Doc. No. 599).

SO ORDERED.

ENTERED:   July 11, 2008

    /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court